UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KARL W. SCHENKER, Plaintiff, v. CASSIAN, *et al.*, Defendants. | Case No. 3:26-cv-00578-MMD-CLB<br>ORDER |

Pro se Plaintiff Karl W. Schenker previously filed an application to proceed *in forma pauperis* and submitted a civil rights complaint under 42 U.S.C. § 1983. (ECF Nos. 1-1, 3.) The Court has not yet screened the complaint.

Schenker now files a motion for voluntary dismissal of this case with prejudice.[1] (ECF No. 6.) Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The Court grants Schenker's motion to voluntarily dismiss this action because no responsive pleading has been filed in this case. As such, the Court dismisses this action with prejudice, per Schenker's request.

It is therefore ordered that the motion for voluntary dismissal (ECF No. 6) is granted.

It is further ordered that the application to proceed *in forma pauperis* (ECF No. 3) is denied as moot.

It is further ordered that this action is dismissed in its entirety with prejudice.

[1]The Court interprets Schenker as filing a motion for voluntary dismissal for this case. However, Schenker captioned his filing as *Schenker v. Cassian*, 3:26-cv-178. However, case number 3:26-cv-00178 is not assigned to Schenker. If the Court has misinterpreted the case number for this filing, Schenker may file a motion seeking correction.

The Clerk of the Court is directed to close the case.

DATED THIS 21st Day of August 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE